# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 53 WM 2021
:
Respondent  :
:
:
:
v.  :
:
:
:
TIMOTHY ALAN NORRIS,  :
:
Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of January, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED, WITHOUT PREJUDICE to Petitioner to seek similar relief via a Post Conviction Relief Act petition.

    Justice Brobson did not participate in the consideration or decision of this matter.